Acts 1931, c. 207, § 1 [Vernon's Ann. C. C. P. art. 775]). The judgment will be reformed so that each of the appellants will be ordered to suffer confinement in the penitentiary of the state of Texas for a period of not less than two nor more than three years.

As reformed, the judgment against each of the appellants is affirmed.

## H. C. PIERSON v. STATE.
### No. 15709.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

Jim H. Letts, of Houston, and R. M. Washburn, of Gladwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

We find in the record neither statement of facts nor bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

The judgment will be affirmed.

HAWKINS, J., not sitting.

## Albert SHELTON v. STATE.
### No. 15694.

Court of Criminal Appeals of Texas.
Oct. 26, 1932.

Tom L. Walker, of Nocona, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully selling intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Marion SMITH v. STATE.
### No. 15585.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

A. L. Curtis and Tyler, Hubbard, Countess & White, all of Belton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft of chickens; punishment, a fine of $105.

The record is here without statement of facts or bills of exception. The indictment appears regular, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

## Pick SMITH v. STATE.
### No. 15710.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

W. Murry Butler, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor; punishment, one year in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

The judgment will be affirmed.

HAWKINS, J., not sitting.

## Walter TODD v. STATE.
### No. 15708.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

No irregularity in the presentation of the indictment nor in the manner of trial has been perceived. No matter has been pointed out by bills of exception which would constitute reversible error. The facts heard in the trial court are not brought up for review.

The judgment is affirmed.

HAWKINS, J., not sitting.